VINEGAR BEND LUMBER COMPANY *v.* OAK GROVE & GEORGETOWN RAILROAD COMPANY.

[43 South. Rep., 299.]

EQUITY JURISDICTION. *Injunction. Eminent domain proceedings. Constitution of* 1890, *sec.* 17.

The chancery court in proper case may enjoin the appropriation of property sought to be taken by eminent domain proceedings, and has jurisdiction to hear and determine the rights guaranteed by the constitution of 1890, sec. 17, providing that private property shall not be taken or damaged for public use except on due compensation being first made to the owner or owners thereof in a manner to be prescribed by law, and also providing that whenever an attempt is made to take private property for a use alleged to be public, the question whether the contemplated use is public shall be a judicial question, and as such determined without regard to legislative assertion that the use is public.

FROM the chancery court of Greene county.

HON. THADDEUS A. WOOD, Chancellor.

The lumber company, the appellant, was the complainant in the court below; the railroad company, the appellee, was de-

fendant there.    From a decree in defendant's favor the complainant appealed to the supreme court.

After the decision by the circuit court against the lumber company, reported next before this case, it sought and obtained an injunction restraining the railroad company from entering upon the lands therein formally condemned.   The chancery court dissolved the injunction and dismissed the bill on the idea, presumably, that the judgment at law was conclusive of the right of the railroad company to take the lumber company's land for a right of way.   The lumber company succeeded in having both cases heard and determined by the supreme court at the same time.   The facts are stated with sufficient fullness in the opinions of the court in the last preceding case.

*Ford & White; Charles L. Bromberg,* and *McWillie & Thompson,* for appellant.
For synopsis of briefs see preceding case.

*S. R. Prince,* and *Witherspoon & Witherspoon,* for appellee.
For synopsis of briefs see preceding case.

Argued orally by *R. H. Thompson,* for appellant, and by *S. A. Witherspoon* and *S. R. Prince,* for appellee.

MAYES, J., delivered the opinion of the court.

This is an appeal from the chancery court of Greene county. The questions involved in this case have been fully discussed in the companion case to this, appealed from the circuit court, *Vinegar Bend Lumber Co.* v. *Oak Grove & Georgetown Railroad Company, ante* (s. c., 43 South. Rep., 292). We think the chancellor should not have dissolved the injunction, and for this reason the case is

*Reversed, injunction reinstated, and the cause remanded, to be proceeded with in accordance with the opinion in the case referred to herein.*